■ ESTER JONES, Individually and as Legal Parent and Guardian of M.W.R.-J., Respondent, v CHEEKTOWAGA-MARYVALE UNION FREE SCHOOL DISTRICT, Appellant. [833 NYS2d 421]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered April 5, 2006. The order, among other things, granted plaintiff's application for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.

■ SCOTT M. SCHMIDT et al., Respondents-Appellants, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 98418.) [832 NYS2d 842]—Appeal and cross appeal from a judgment of the Court of Claims (Philip J. Patti, J.), entered December 27, 2005 in a personal injury action. The interlocutory judgment, after a nonjury trial on the issue of liability, determined that claimant Scott M. Schmidt and defendant were negligent and that their negligence contributed to the happening of the accident and apportioned liability 60% to claimant and 40% to defendant.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims. Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.